IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK McGUIRE,<br><br>               Plaintiff,<br><br>   vs.<br><br>SPRECKLES SUGAR COMPANY, et al,<br><br>               Defendants.<br>_____/ | CASE NO. CV-F-05-1033 AWI DLB<br><br>**ORDER TO SET SETTLEMENT CONFERENCE**<br><br>Date:  December 8, 2005<br>Time:  9:30 a.m.<br>Dept.:  6 (LJO) |

     At the parties' request, this Court SETS a settlement conference for **December 8, 2005 at 9:30 a.m. in Department 6 (LJO)** before United States Magistrate Judge Lawrence J. O'Neill. Unless otherwise permitted in advance by the Court, <u>the defense attorneys who will try the case</u> shall appear at the settlement conference <u>with the parties and the person or persons having full authority</u> to negotiate and settle the case, on any terms, at the conference.

     **No later than December 1, 2005**, each party shall submit <u>directly to the settlement conference judge's chambers</u> a confidential settlement conference statement. This statement <u>should neither be filed with the clerk of the Court nor served on any other party</u>. Each statement shall be clearly marked "CONFIDENTIAL" with the date and time of the mandatory settlement conference indicated prominently. Counsel are urged to request the return of their statements. If such request is not made, the Court will dispose of the statement.

     The confidential settlement conference statement shall include the following:

     A.     A brief statement of the facts of the case;

     B.     A brief statement of the claims and defenses (i.e., statutory or other grounds upon which the claims or defenses are based), a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses, and a description of the major issues in dispute;

     C.     A summary of the proceedings to date;

     D.     An estimate of the cost and time to be expended for further pretrial and trial matters, including discovery;

     E.     The relief sought; and

     F.     The party's position on settlement, **including what or the amount which the party will accept to settle, realistic settlement expectations**, present demands and offers, and a history of past settlement discussions, offers, and demands.

The Court will vacate the settlement conference if the Court finds the settlement conference will be neither productive nor meaningful to attempt to resolve all or part of this case. As far in advance of the settlement conference as possible, a party shall inform the Court and other parties that it believes the case is not in a settlement posture so the Court may vacate or reset the settlement conference. Otherwise the parties shall proceed with the settlement conference in good faith to attempt to resolve all or part of the case.

Should the parties, counsel or authorized representatives need to bring a computer or cellular phone to the settlement conference, a written request to do so shall be made to the settlement conference judge **no later than December 1, 2005**.

IT IS SO ORDERED.

**Dated:   October 13, 2005**                   **/s/ Lawrence J. O'Neill**
66h44d                                      UNITED STATES MAGISTRATE JUDGE