Shelline K. Bennett, Bar No. 164759
sbennett@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
575 East Locust Avenue, Suite 302
Fresno, CA  93720

Telephone:   (559) 256-7800
Facsimile:   (559) 449-4535
E-mail:      sbennett@lcwlegal.com

Attorneys for Defendant
HOLLY SUGAR CORPORATION DBA
SPRECKELS SUGAR COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCGUIRE,<br><br>            Plaintiff,<br><br>     v.<br><br>SPRECKELS SUGAR COMPANY and DOES 1 to 100,<br><br>            Defendant. | Case No.  1:05-cv-01033 DLB<br><br>**ORDER OF DISMISSAL** |

The parties having STIPULATED to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

IT IS SO ORDERED:

Dated: March 9, 2006                                  /s/ Dennis L. Beck
                                                United States Magistrate Judge,
                                                Eastern District of California

184089.1 LC020-078

STIPULATION OF DISMISSAL 1:05-CV-01033 DLB